AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MANUEL MORALES-SOLIS,<br><br>*Plaintiff(s)*<br>v.<br>FIRST DAVI ENTERPRISES, INC., doing business as PETE'S GRILL DINER, and PANDZYIOTIS MOUNDROS, individually,<br><br>*Defendant(s)* | Civil Action No. 22 CV 1564 ARR-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FIRST DAVI ENTERPRISES, INC., doing     PANDZYIOTIS MOUNDROS
business as PETE'S GRILL DINER            39-14 Queens Boulevard
39-14 Queens Boulevard                    Sunnyside, New York 11104
Sunnyside, New York 11104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

CLERK OF COURT

Date: 3/22/2022



s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*