UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: CILENTI & COOPER, PLLC

MANUEL MORALES-SOLIS

Plaintiff(s)

Index # 1:22-CV-01564-ARR-CLP

- against -

Purchased March 22, 2022

FIRST DAVI ENTERPRISES, INC., DOING BUSINESS AS PETE'S GRILL DINER, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

HUSAM AL-ATRASH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2022 at 08:24 AM at

39-14 QUEENS BOULEVARD
SUNNYSIDE, NY11104

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT IN AN FLSA ACTION on FIRST DAVI ENTERPRISES, INC., DOING BUSINESS AS PETE'S GRILL DINER therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to PANDZYIOTIS MOUNDROS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT IN AN FLSA ACTION as said Defendant and knew said individual to be the GENERAL-AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | GRAY | 55 | 5'9 | 180 |

Sworn to me on: April 6, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**HUSAM AL-ATRASH**
License #: 1279639
Invoice #: 782524

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045