UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANUEL MORALES-SOLIS,

                           Plaintiff,

-v.-

FIRST DAVI ENTERPRISES, INC.,
doing business as PETE'S GRILL DINER, and
PANDZYIOTIS MOUNDROS, Individually,

                          Defendants.
-------------------------------------------------------------------X

Case No. 22-CV-1564(ARR)(CLP)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment dated August 23, 2022 in the above-entitled action, was entered in the United States District Court, Eastern District of New York on the 23rd day of August, 2022 in favor of Manuel Morales-Solis as Plaintiff against First Davi Enterprises, Inc., d/b/a Pete's Grill Diner, and Pandzyiotis Moundros as Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure, for the sum of $4,500.00, and said judgment has been fully paid and the sum of $0.00 remains unpaid;

AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York; and

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

Dated: New York, New York
         August 23, 2022

CILENTI & COOPER PLLC

By: _____
Peter H. Cooper, Esq.
60 East 42nd Street, Floor 40
New York, NY 10165
Attorneys for Plaintiff

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )ss.:

On the 23rd day of August, 2022 before me personally came Peter H. Cooper to me known and known to be a member of the firm of Cilenti & Cooper, PLLC, attorneys for Plaintiff Manuel Morales-Solis in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

GIUSTINO CILENTI
Notary Public, State of New York
No. 02CI6240824
Qualified in New York County 23
Commission Expires May 9, 2015

_____
Notary Public